No. 03–5846. IN RE ANDERSON;
No. 03–6327. IN RE BENSON;
No. 03–6336. IN RE JORDAN;

No. 03–6337. IN RE JORDAN;
No. 03–6339. IN RE JOHNSON;
No. 03–6354. IN RE JOHNSON;
No. 03–6415. IN RE VANEGA;
No. 03–6448. IN RE CULLUM; and
No. 03–6451. IN RE SINCLAIR. Petitions for writs of habeas corpus denied.